IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| **SEDRICK STEELE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 24-2026-SHL-tmp |
| | ) | |
| **RENAISSANCE AT STEELE,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER DIRECTING PLAINTIFF TO FILE A PROPERLY COMPLETED**
***IN FORMA PAUPERIS* AFFIDAVIT OR PAY THE CIVIL FILING FEE**
_____

On January 11, 2024, plaintiff Sedrick Steele, a resident of Memphis, Tennessee, filed a *pro se* complaint and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 3.)

Federal law provides that the clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $405.[1] 28 U.S.C. § 1914(a). To ensure access to the courts, however, 28 U.S.C. § 1915(a) permits in indigent plaintiff to avoid payment of filing fees by filing an

---

[1] 28 U.S.C. § 1914(a) requires a civil filing fee of $350. However, pursuant to § 1914(b), "[t]he clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States." The Judicial Conference has prescribed, effective May 1, 2013, an additional administrative fee of $52, which was increased to $55 on December 1,2023, for filing any civil case, except for cases in which the plaintiff is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.

*in forma pauperis* affidavit. Under that section, the court must conduct a satisfactory inquiry into the plaintiff's ability to pay the filing fee and prosecute the lawsuit. A plaintiff seeking *in forma pauperis* status must respond fully to all the questions on the court's *in forma pauperis* form and execute the affidavit in compliance with the certification requirements contained in 28 U.S.C. § 1746. See, e.g., Reynolds v. Fed. Bur. of Prisons, 30 F. App'x 574 (6th Cir. 2002); Broque v. Fort Knox Fed. Credit Union, No. 96-1896, 1997 WL 242032 (6th Cir. May 8, 1997).

In this case, the plaintiff's motion to proceed *in forma pauperis* does not provide the court with sufficient financial information to determine if the plaintiff is unable to pay the civil filing fee. The instructions for the application to proceed without prepaying fees reads "Complete all questions in this application…". The plaintiff has left all sections blank except for section 8 which he did not total. The plaintiff is ORDERED to either submit a properly completed and executed *in forma pauperis* application or pay the $405.00 civil filing fee within thirty (30) days after the date of this order. The Clerk is directed to send Plaintiff a copy of the non-prisoner *in forma pauperis* affidavit along with this order.

Failure to comply in a timely manner with this order will result in a recommendation to the presiding district judge that this action be dismissed pursuant to Federal Rules of Civil

Procedure 41(b).

    IT IS SO ORDERED this 12th day of January, 2024.

                                    s/Tu M. Pham  
                                    TU M. PHAM  
                                    CHIEF UNITED STATES MAGISTRATE JUDGE