IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **SEDRICK STEELE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 24-02026-SHL-tmp |
| ) | |
| **RENAISSANCE AT STEELE,** ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On January 11, 2024, Plaintiff Sedrick Steele, a resident of Memphis, Tennessee, filed a sealed *pro se* complaint and a motion to proceed *in forma pauperis*.[1] (ECF Nos. 1, 3.) Steele's motion to proceed *in forma pauperis* was not complete and did not provide the court with sufficient financial information to determine whether Steele is unable to pay the civil filing fee. On January 12, 2024, the undersigned ordered Steele to either submit a properly completed and executed *in forma pauperis* application or pay the $405.00 civil filing fee within thirty days of the entry of that order. (ECF No. 8.) The undersigned further ordered the Clerk of Court to send Steele both a copy of that order and a non-prisoner

---

[1] Pursuant to Administrative Order 2013-05, this case has been assigned to the undersigned for management of all pretrial matters, including screening of the complaint to determine whether or not summons shall be issued by the Clerk pursuant to 28 U.S.C. § 1915(e)(2)(B) and L.R. 4.1(b)(2).

*in forma pauperis* affidavit. The undersigned warned Steele that failure to comply in a timely manner would result in a recommendation to the presiding district judge that this action would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. As of February 20, 2024, Steele has failed to either submit a properly completed and executed *in forma pauperis* application or pay the $405.00 civil filing fee.

Rule 41(b) of the Federal Rules of Civil Procedure provides that an action may be dismissed for failure to comply with a court order. Fed. R. Civ. P. 41(b). Unless the dismissal order states otherwise, a Rule 41(b) dismissal "operates as an adjudication on the merits." Id. The authority to dismiss a case under Rule 41(b) "is available to the district court as a tool to effect management of its docket and avoidance of unnecessary burdens on the tax-supported courts and opposing parties." Knoll v. Am. Tel. & Tel. Co., 176 F.3d 359, 363 (6th Cir. 1999) (citation and internal quotations omitted).

Steele has failed to comply with a court order requiring Steele to submit a properly completed non-prisoner application to proceed *in forma pauperis* or pay the $405.00 civil filing fee in a timely manner. Accordingly, pursuant to Rule 41(b), the undersigned recommends that Steele's complaint be dismissed without prejudice.

Respectfully submitted,

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

February 21, 2024
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**